1 | ANGELO & DI MONDA LLP
Christoper E. Angelo, Esq.
2 | Joseph Di Monda, Esq.
1721 No. Sepulveda Boulevard
3 | Manhattan Beach, CA 90266-5014
(310) 939-0099 • (310) 939-0023 Fax
4 |
Attorney for Plaintiff-In-Intervention
5 | BUN BUN TRAN

6 | ROBIE & MATTHAI
A Professional Corporation
7 | JAMES R. ROBIE, SBN 67303
DAVID J. WEINMAN, SBN 143286
8 | 500 South Grand Avenue, 15th Floor
Los Angeles, California 90071
9 | (213) 706-8000 • (213) 706-9913 Fax
jrobie@romalaw.com
10 | dweinman@romalaw.com

JS - 6

11 | Attorneys for Defendant
PROGRESSIVE WEST INSURANCE COMPANY
12 |

13 | **UNITED STATES DISTRICT COURT**

14 | **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA**

15 |

16 | LEONEL ARELLANO,                          ) CASE NO. SACV09-1288 CJC (MLGx)
                                              )
17 |            Plaintiff,                     ) [Assigned to the Honorable Cormac J.
                                              ) Carney]
18 |      vs.                                  )
                                              ) [PROPOSED] ORDER ON
19 | PROGRESSIVE WEST INSURANCE )               STIPULATION TO REMAND
COMPANY, et al.                              ) PROCEEDINGS TO STATE COURT
20 |                                          )
            Defendants.                       )
21 | _____ )
BUN BUN TRAN                                 )
22 |                                          )
            Plaintiff-In-Intervention        )
23 |                                          )
      vs.                                     )
24 |                                          )
PROGRESSIVE WEST INSURANCE )
25 | COMPANY, et al.                          )
                                              )
26 |            Defendant.                     )
_____ )
27 |

28 |

1    **IT IS HEREBY STIPULATED** by and between Defendant Progressive West

2    Insurance Company ("Progressive"), Plaintiff Leonel Arellano and Intervenor Bun

3    Bun Tran, by and through their respective counsel of record, that this matter may be

4    remanded to the Orange County Superior Court where it originated, Orange County

5    Superior Court Department C 33, Case Number 30-2009-00309533, located at 700

6    Civic Center Drive West, Santa Ana, CA 92701.

7    The parties also agree that the case will proceed in the Orange County Superior

8    Court, that the Orange County Superior Court has jurisdiction over all claims between

9    the parties and the parties hereby agree to the jurisdiction of the Orange County

10   Superior Court to resolve all the issues in the above referenced federal action.

11   Each party will bear its own costs and attorneys' fees related to this Federal

12   action.

13

14                                      **ORDER**

15

16   IT IS SO ORDERED.

17

18

19

20   DATED: June 14, 2010          _____

21                                      Honorable Cormac J. Carney

22                                      UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

H:\[PROPOSED] order to remand to state court.doc            2

[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME FOR PROGRESSIVE TO RESPOND TO COMPLAINT-IN-INTERVENTION                                    **SACV09-1288 CJC (MLGx)**